UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ Third Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Lisy Nicolas          JOINT DEBTOR: _____          CASE NO.: 15-30512-AJC
Last Four Digits of SS# 0016  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 2,195.83 for months 1 to 6 ;
B. $ 4,627.94 for months 7 to 60 ; in order to pay the following creditors:

Administrative:

Attorney's Fee: $3,650.00
TOTAL PAID: $ 750.00
Balance Due: $2,900.00    payable $1,450.00/month    (Months 7 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Bank, N.A.         Arrears on Petition Date: $114,924.95
   Address: Attn: Payment Processing  Arrears Payment  $    86.66/month (Months 1 to 6 )
   MAC#X2302-04C                   Arrears Payment  $   722.31/month (Months 7 to 8 )
   1 Home Campus                   Arrears Payment  $ 2,172.31/month (Months 9 to 60 )
   Des Moines, IA 50328            Regular Payment  $ 1,889.59/month (Months 1 to 60 )

2. Department of the Treasury      Arrears on Petition Date: $4,921.17@3%=$5,305.62
   Address: Internal Revenue Service  Arrears Payment  $98.25/month (Months 7 to 60 )
   Centralized Insolvency Operation
   2970 Market St.,
   Philadelphia, PA 19104.
   Serial No.: 924286313

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                       Payable    $_____/month (Months ___ to ___)

Unsecured Creditors:   Pay    $5.00/month (Months 7 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Second Mortgage held by Tropical Financial Credit Union is entitled to in rem stay relief. The personal liability for said debt shall be discharged in the Debtor's discharge.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Lisy Nicolas_____          _____
Debtor                                  Joint Debtor
Date: 9/16/2016                         Date: _____

LF-31 (rev. 01/08/10)