# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
■ Fourth Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Lisy Nicolas          JOINT DEBTOR: _____     CASE NO.: 15-30512-AJC
Last Four Digits of SS# 0016    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.    $ 2,195.83 for months  1  to  6 ;
   B.    $ 4,629.48 for months  7  to  60 ; in order to pay the following creditors:

Administrative:

Attorney's Fee: $3,650.00
TOTAL PAID: $ 750.00
Balance Due: $2,900.00    payable $1,450.00/month   (Months 7 to 8 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Bank, N.A.            Arrears on Petition Date: $114,924.95
Address: Attn: Payment Processing    Arrears Payment    $    86.66/month (Months  1  to  6 )
         MAC#X2302-04C               Arrears Payment    $   722.31/month (Months  7  to  8 )
         1 Home Campus               Arrears Payment    $ 2,172.31/month (Months  9  to 60 )
         Des Moines, IA 50328        Regular Payment    $ 1,889.59/month (Months  1  to 60 )

2. Department of the Treasury        Arrears on Petition Date: $4,921.17@3%=$5,305.62
Address: Internal Revenue Service    Arrears Payment    $98.25/month   (Months  7  to 60 )
         Centralized Insolvency Operation
         2970 Market St.,
         Philadelphia, PA 19104.
         Serial No.: 924286313

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due   $_____
                      Payable     $_____/month (Months ___ to ___ )

Unsecured Creditors:    Pay   $6.39/month (Months  7  to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Second Mortgage held by Tropical Financial Credit Union is entitled to in rem stay relief. The personal liability for said debt shall be discharged in the Debtor's discharge.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                              _____
Debtor                                               Joint Debtor
Date: 10/5/2016                                      Date: _____

LF-31 (rev. 01/08/10)