

**ORDERED in the Southern District of Florida on October 28, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

LISY NICOLAS                                         CASE NO.: 15-30512-AJC
                                                     CHAPTER: 13

        DEBTOR(S).
_____/

### ORDER DENYING MOTION AS MOOT

**THIS CASE** came before the Court at a hearing on *October 25, 2016 at 9:00 a.m.* upon the Motion for Relief from the Stay and Co-Debtor Stay to Enforce Final Judgment of Foreclosure Regarding Real Property filed by ***Wells Fargo Bank, N. A.*** ("Movant") on May 23, 2016 (DE #50). The Court hearing argument of counsel and being otherwise fully advised on the premises, it is:

**ORDERED:**

1. Movant's Motion for Relief from the Stay and Co-Debtor Stay to Enforce Final Judgment of Foreclosure Regarding Real Property is denied as Moot.

###

*Attorney, Scott Lewis, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).*

**Submitted by:**
Scott Lewis, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone:     (813) 221-4743 ext. 2603
Facsimile:     (813) 221-9171
bkfl@albertellilaw.com

**Copies furnished to:**

Lisy Nicolas
211 NE 48 Ter
Miami, FL 33137

Gianny Blanco
10647 N. Kendall Dr.
Miami, FL 33176

Laila S. Gonzalez
10647 N. Kendall Dr.
Miami, FL 33176

*Trustee*
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130